UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                 ORDER ADOPTING REPORT
                                   AND RECOMMENDATION

Matthew X. Lindgren,

        Defendant.                    Crim. No. 08-36 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.    That the Defendant's Motion to Suppress Evidence Obtained From Search and Seizure [Docket No. 29] is denied.

2.    That the Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 30] is denied.

Dated: July 1, 2008                               s/James M. Rosenbaum
                                                        James M. Rosenbaum, Judge
                                                        United States District Court